Michael A. WILLIAMS, Plaintiff–Appellant,

v.

Marshal GRIFFIN; Officer Fox; Officer Gray; Officer Alperstein; Officer Anderson; Officer Clark; Joseph M. Lightsey; Madonna Godwin, Nurse; Steve Dolinski, Head Director of Nursing, Defendants–Appellees,

Joseph M. Lightsey; Madonna Godwin, Nurse; Steve Dolinski, Head Director of Nursing, Defendants.

No. 12–6384.

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

Michael Antwon Williams, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina; Elizabeth Pharr McCullough, Kelly Elizabeth Street, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Griffin,* No. 5:10–ct–03122–FL (E.D.N.C. Feb. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*